

## ORDERED in the Southern District of Florida on January 19, 2018.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                                      CASE NO.: 16-20229-LMI
                                                                                             CHAPTER 13
**ARNOLD MICHEL,**

    Debtor.
_____/

### ORDER DENYING MOTION FOR RELIEF
### FROM MORTGAGE MODIFICATION MEDIATION PROGRAM

**THIS MATTER** came before the Court on January 9, 2018 upon the Motion for Relief from Mortgage Modification Mediation Program (the "Motion")(D.E. #71) filed by *BSI Financial Services, as Servicing Agent for HMC Assets, LLC Solely in its Capacity as Separate Trustee of Community Development Fund II Trust*.  The Court having considered the Motion and being otherwise fully advised in the premises; it is hereby:

**ORDERED,** as follows:

1.      The Motion is hereby **DENIED** without prejudice.

                                                   ###

*Case No.: 16-20229-LMI*

Submitted by:

**Chase A. Berger, Esq.**
Florida Bar No. 083794
chase@bergerfirm.com
**BERGER FIRM P.A.**
3050 Biscayne Boulevard - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

**Copies furnished to:**

Chase A. Berger, Esq.
[Mr. Berger shall serve a conformed copy of this Order upon all interested parties and shall serve a Certificate of Service within three (3) days from the date of the Order.]