**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:  Arnold Michel,                                    Case No.: 16-20229-LMI

                                                          Chapter 13

_____Debtor,/

## FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR

The undersigned court-appointed mortgage modification Mediator, for the property located at: 540 N.E. 171st Terr., Miami, FL 33162, reports to the Court as follows:

**A.** The final Mortgage Modification Mediation ("MMM") conference was conducted on July 6, 2018 and the following parties were present:

1. [ X ] The Debtor, Arnold Michel, and his attorney, Jose Funcia.
2. [ ] No Co-obligor was involved in this case.
3. [ X ] The Lender's representatives, Steven Coleman, Bo Gonzalez, and Barry Smith, and Chase Berger, Lender's counsel.
4. [ ] Other: _____

**B.** The final MMM conference was scheduled for _____, but not conducted for the following reason:

1. [ ] The parties settled prior to attending.
2. [ ] The case was dismissed.
3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
5. [ ] Other: _____.

**C.** The result of the MMM conference is as follows:

1. [ ] The parties reached an agreement.
2. [ x ] The parties did not reach an agreement.

Dated: July 11, 2018                    /s/ *Betsy F. Yegelwel*
                                        Signature of Mediator
                                        Print name: Betsy F. Yegelwel, Esq.
                                        Address: 2150 SW 13th Avenue
                                        Miami, FL 33145
                                        Telephone: 305-858-2706
                                        Email: Betsy@byeglaw.com

Copies to:
All Parties to the Mediation

LMM-LF-11 (04/01/13)